**Alice V. HENRY, Plaintiff–Appellant,**

v.

**FULTON COUNTY BOARD OF EDUCATION, Fulton County School District, Defendants–Appellees.**

No. 06–16015
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 3, 2007.

Alice V. Henry, Ellenwood, GA, pro se.

Randall C. Farmer, Scott G. Blews, Brock, Clay, Calhoun & Rogers, P.C., Marietta, GA, for Defendants–Appellees.

Before TJOFLAT, BIRCH and PRYOR, Circuit Judges.

PER CURIAM:

In this Family and Medical Leave Act ("FMLA")[1] case against the Fulton County School District ("FCSD"), Alice Henry alleged that FCSD (1) interfered with her rights under the FMLA, and (2) retaliated against her by terminating her employ-

1. *See* 29 U.S.C. § 2601, et seq.

ment because she exercised her rights under the Act. The district court, in a comprehensive order dated October 10, 2006, record, vol. 2 at tab 47, granted FCSD summary judgment. Henry now appeals. We affirm the court's judgment, finding no merit in Henry's claims for the reasons the court rejected them.

**AFFIRMED.**